**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

Ying Stafford, Esq..  Tel. 212/608-1260
Associate Counsel  Fax: 1646/430-8944
Cell: 917/553-6704
Grgoltzer@gmail.com

**MEMO ENDORSED**

March 7, 2020

Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007
Via ECF

> The application is granted. The sentencing is adjourned to May 5, 2020 at 3:30 P.M.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: March 9, 2020
> New York, New York

Re. U.S.A. v. Kevin Cruz
18 Cr. 779 (ER)

Dear Judge Ramos:

Please accept this letter as an application, with consent of Assistant United States Attorney Andrew Chan, to continue the sentence of Mr. Cruz, currently scheduled for March 19, 2020, to any day during the first week of May, 2020, except May 8, convenient to the Court.

The request is necessary for multiple reasons. First, Mr. Cruz has been advised that the results of blood tests, taken about a month ago to determine whether his recurrent dark bloody stool is symptomatic of a serious medical condition, have not yet been received. Clearly, Your Honor should know his medical situation before imposing sentence. Second, we have just quite recently received the presentence report and recomendation, and need more time to prepare our sentencing submissions. Third, but less significant, I expect to be out of state on March 19, and will not return to New York Until March 25, 2020.

If this applicatioin is agreeable, may I impose upon Your Honor to "so order" this letter. Thank you for your consideration. I remain

Respectfully,
S/*GRGoltzer*
George R. Goltzer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: March 9, 2020

cc: All parties via ECF