**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

Ying Stafford, Esq..       Tel. 212/608-1260
Associate Counsel          Fax: 1646/430-8944
                           Cell: 917/553-6704
                           Grgoltzer@gmail.com

April 20, 2020

Hon. Edgardo Ramos        **MEMO ENDORSED**
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007
Via ECF

Re. U.S.A. v. Kevin Cruz
18 Cr. 779 (ER)

Dear Judge Ramos:

Please accept this letter as an application, with consent of Assistant United States Attorney Andrew Chan, to continue the sentence of Mr. Cruz, currently scheduled for May 5, 2020, for approximately fory five days to any date convenient to the Court. The current restrictions on movement and court appearances, as well as New York City virus measures, will be in effect on the scheduled sentencing date and we will not be able to appear in person.

If this applicatioin is agreeable, may I impose upon Your Honor to "so order" this letter. Thank you for your consideration. I remain

Respectfully,
S/*GRGoltzer*
George R. Goltzer

cc: All parties via ECF

> The application is GRANTED. The sentencing is adjourned to June 30, 2020 at 11:00 AM.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: April 23, 2020
> New York, New York