**GEORGE Robert Goltzer**
152 West 57th Street
8th Floor
New York, NY 10019

**Ying Stafford**                                                Tel.  212/608-1260
**Associate Counsel**                                       Cell 917/553-6704
                                                                            Fax 1646/430-8944
                                                                            grgoltzer@gmail.com

June 10, 2020

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007
Via ECF

**MEMO ENDORSED**

Re: *United States v. Kevin Cruz*
18 Cr. 779 (ER)

Dear Judge Ramos:

   Please accept this letter as an application, with consent of Assistant U.S. Attorney Andrew Chan**,** to continue the sentence of Mr. Cruz, currently scheduled for June 30, 2020, to any date after September 9, 2020, convenient to the Court. The current restrictions on movement and court appearances, will likely be in effect on June 30, and we will not be able to appear in person.

   If this application is agreeable, may I impose upon Your Honor to "so order" this letter. Thank you for your consideration. I remain

                              Respectfully,
                              *s/GRGoltzer*
                              George Robert Goltzer

cc: All parties via ECF

---

The June 30, 2020 sentencing is adjourned to September 15, 2020 at 11:00 AM.

   SO ORDERED.

                                                _____
                                                Edgardo Ramos, U.S.D.J
                                                Dated:   6/10/2020
                                                New York, New York