UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

KEVIN CRUZ,

                Defendant.

**ORDER**

18-cr-779-3 (ER)

RAMOS, D.J.:

    By Opinion and Order dated May 5, 2023, Defendant Kevin Cruz was granted a *Campusano* hearing to address the claim regarding his counsel's failure to file an appeal on his behalf. Accordingly, the CJA attorney assigned to receive cases on this day, **Christopher J. Gunther**, is appointed as counsel for Cruz for the purpose of representing him at the hearing.

    Counsel for Cruz and the government are directed to confer and suggest a date for the hearing to the Court.

It is SO ORDERED.

Dated:    May 18, 2023
            New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.